UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Tracey Skoglund,<br><br>           Plaintiff,<br><br>v.<br><br>Search America et al.,<br><br>           Defendants. | )COURT MINUTES – CIVIL<br>)BEFORE:   TONY N. LEUNG<br>)U.S. MAGISTRATE JUDGE<br>)<br>)Case No:        12-CV-1347 SRN-TNL<br>)Date:   February 20, 2013<br>)Courthouse:        St. Paul<br>)Courtroom:    342<br>)Time Commenced:    9:30 AM<br>)Time Concluded:       7:45 PM<br>)Time in Court: 10 Hours & 15 Minutes<br>) |

Hearing on:   **SETTLEMENT CONFERENCE**

## APPEARANCES:

Plaintiff:     John A. Fabian, III and Tracey Skoglund

Defendant:    Ansis V. Viksnins, Carrie Ryan Gallia, Susan Hanson

## PROCEEDINGS:

✔    Settlement reached.   Terms stated on the record.

Any transcript of the terms of settlement is Confidential and shall be SEALED, with access being allowed only to the parties and their counsel.

☐    No settlement reached.

**Other Remarks:**

The parties should bring any dispute about terms of the settlement to the Court for resolution.

                                                                        s/    KMF
                                                                     Judicial Assistant