UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Tracey Skoglund,

    Plaintiff,

v.

Search America, Inc.,
Experian Information Solutions, Inc.,
Experian Marketing Solutions, Inc., and
Experian Services Corp.

    Defendants.

Case No. 0:12-cv-01347-SRN-TNL

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's action against Defendants may be and hereby is dismissed with prejudice and without fees and costs to any of the parties to this action.

Dated: April 18, 2013

FABIAN MAY & ANDERSON, PLLP

By:   /s/ John A. Fabian
    John A. Fabian (#13482X)
    David H. Redden (#391496)
1625 Medical Arts Building
825 Nicollet Mall
Minneapolis, MN 55402
Telephone: (612) 353-3343
jfabian@fmalawyers.com
dredden@fmalawyers.com

ATTORNEYS FOR PLAINTIFF

1

| | |
|---|---|
| Dated: April 18, 2013 | **LINDQUIST & VENNUM LLP** |

                                                By:   /s/ Carrie Ryan Gallia
                                                     Ansis V. Viksnins (#196277)
                                                       Carrie Ryan Gallia (#0390479)
                                          4200 IDS Center
                                          80 South Eighth Street
                                          Minneapolis, MN  55402-2274
                                          (612) 371-3211
                                          (612) 371-3207 (facsimile)
                                          aviksnins@lindquist.com
                                          cryangallia@lindquist.com

                                          **ATTORNEYS FOR DEFENDANTS**